## IN THE CIRCUIT COURT OF PANOLA COUNTY, MISSISSIPPI
### SECOND JUDICIAL DISTRICT

ANNIE J JOINER          **PLAINTIFF**
WILLIE E JOINER

VS.          **CAUSE NO. CR2017-145GCP2**

PANOLA COUNTY COURTHOUSE BATESVILLE  **DEFENDANT**
PANOLA COUNTY SHERIFF DEPARTMENT
TVEPA BATESVILLE, MS
PANOLA COUNTY COURTHOUSE SARDIS

### CLERK'S CERTIFICATE

  I, Melissa Meek-Phelps, Circuit Clerk of Panola County, Mississippi, do

hereby certify that all of the aforesaid papers are true and correct copies of the file of

record in my office in Batesville, Panola County, Mississippi.

  Witness my hand and official seal of office this the 3RD day of

April , 2017.



         **MELISSA MEEK-PHELPS, CIRCUIT CLERK**
         **PANOLA COUNTY, MISSISSIPPI**

         BY: _____ D.C.



EXHIBIT
1-1

## *PANOLA CO - 2ND DISTRICT*

*Cause Number:* CV 2017-45GCP2      *Docket Page*

| |
|---|
| ANNIE J JOINER |
| WILLIE E JOINER |
| |
| *VS.* |
| PANOLA COUNTY COURTHOUSE BATESVI |
| PANOLA COUNTY SHERIFF DEPARTMENT |
| TVEPA BATESVILLE,MS |
| PANOLA COUNTY COURTHOUSE SARDIS, |

*Cause Number:* **CV 2017-45GCP2**

| Date Entered | Book/Page | PLEADINGS, EXHIBITS, ORDERS FILED, DISPOSITION, ETC. |
|---|---|---|
| 02/23/2017 | 0 | Judge CHATHAM, SR GERALD W. assigned. |
| 02/23/2017 | 0 | OC OTHER CIVIL RIGHTS Case Filed on 02/23/2017. |
| 02/23/2017 | 0 | cover sheet |
| 02/23/2017 | 0 | COMPLAINT FILED |
| 03/02/2017 | 0 | SUMMONS THIS DAY ISSUED AGAINST LAFAYETTE COUNTY CIRCUIT COURTHOUSE, GIVEN TO INDIVIDUAL FOR SERVICE |
| 03/02/2017 | 0 | SUMMONS THIS DAY ISSUED AGAINST MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY, GIVEN TO INDIVIDUAL FOR SERVICE |
| 03/02/2017 | 0 | PANOLA COUNTY SHERIFFS DEPT |
| 03/02/2017 | 0 | SUMMONS THIS DAY ISSUED AGAINST PANOLA COUNTY COURTHOUSE-SARDIS, MS, GIVEN TO INDIVIDUAL FOR SERVICE |
| 03/02/2017 | 0 | SUMMONS THIS DAY ISSUED AGAINST PANOLA COUNTY COURTHOUSE, BATESVILLE, MS - GIVEN TO INDIVIDUAL FOR SERVICE |
| 03/02/2017 | 0 | SUMMONS THIS DAY ISSUED AGAINST TALLAHATCHIE VALLEY ELECTRIC POWER, GIVEN TO INDIVIDUAL FOR SERVICE |
| 03/09/2017 | 0 | NOTICE OF APPEARANCE |
| 03/13/2017 | 0 | CERTIFIED MAIL SENT TO THE CHANCERY CLERK OFFICE BY DEFENDANTS-SHOWING SIGNED BY ASHLEY PARRISH |
| 03/13/2017 | 0 | CERTIFIED MAIL RETURNED FROM COURT ADMIN IN OKOLONA,MS SENT BY DEFENANTS- SHOWING SERVICE AND SIGNED BY S. BLAKENSHIP ON 3/6/17 |
| 03/13/2017 | 0 | CERTIFIED MAIL SENT TO TALLAHATCHIE VALLEY ELECTRIC BY DEFENDANT AND SHOWING SERVICE TO FRED MCMURRY |
| 03/13/2017 | 0 | CERTIFIED MAIL SENT TO PANOLA COUNTY SHERIFF DEPT. BY DEFENDANTS AND SHOWING SERVICE AND SIGNED BY TONY WARE |

#Name?

 I, Melissa M. Phelps, Clerk of the Circuit Court in and for said County and State hereby certify that the foregoing contains a whole, true and correct copy of _____ as the same appears on file in my office, at Batesville, Mississippi.

 Witness my hand and official Seal,

this the ___3rd___ day of ___April___ A.D., ___2017___

Melissa M. Phelps

Clerk of the Circuit Court of Panola County, Mississippi

By _Heather Symns_ D.C.

# COVER SHEET

## Civil Case Filing Form

*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Rev 2016)

**Court Identification Docket #**

| County # | Judicial District | Court ID (CH, CI, CO) |
|---|---|---|
| 5 4 | 2 | 0 1 |

**Case Year:** 2 0 1 7

**Docket Number:** 4 5

**Local Docket ID**

| Month | Date | Year |
|---|---|---|
| 0 2 | 2 3 | 1 7 |

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the _____ Court of _____ County — _____ Judicial District

## Origin of Suit (Place an "X" in one box only)

- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

## Plaintiff - Party(ies) initially Bringing Suit Should be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual:** Joiner (Last Name) Willie (First Name) _____ (Maiden Name, if applicable) E. (M.I.) _____ (Jr/Sr/III/IV)

- [✓] Check ( x ) if individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
  Estate of Formby Ella Robinson Estate
- [ ] Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
  D/B/A or Agency _____

**Business:** _____

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

- [ ] Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
  D/B/A _____

**Address of Plaintiff:** _____

**Attorney (Name & Address):** _____ **MS Bar No.** _____

- [ ] Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
  Signature of Individual Filing: _____

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual:** _____ (Last Name) _____ (First Name) _____ (Maiden Name, if applicable) _____ (M.I.) _____ (Jr/Sr/III/IV)

- [ ] Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
  Estate of _____
- [ ] Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
  D/B/A or Agency _____

**Business:** The State of Mississippi

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

- [ ] Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
  D/B/A _____

**Attorney (Name & Address) - if Known** _____ **MS Bar No.** _____

- [ ] Check ( x ) if child support is contemplated as an issue in this suit.*
  *If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Minor Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts** |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Intentional Tort |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Loss of Consortium |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Legal |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other | [ ] Malpractice - Medical |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Mass Tort |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - General |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Negligence - Motor Vehicle |
| [ ] Municipal Court | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Premises Liability |
| [ ] Other | [ ] Alcohol/Drug Commitment (Involuntary) | [ ] Injunction or Restraining Order | [ ] Product Liability |
| | | [ ] Other | [ ] Subrogation |
| | [ ] Alcohol/Drug Commitment (Voluntary) | | [ ] Wrongful Death |
| | [ ] Other | | [ ] Other |

FILED FEB 2017

IN THE _____ COURT OF _____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____ _____       Docket No. If Filed
      File Yr    Chronological No.   Clerk's Local ID    Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page___ of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff # _1_ :**

Individual: _Joiner_____ _Willie_____ ( _____ ) _E._ _____
      Last Name      First Name    Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

✓ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _Formly Ella Robinson Estate_____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

Business _____
     Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff # _2_ :**

Individual: _Joiner_____ _Annie_____ ( _Annie J. Fox_ ) _J._ _____
      Last Name      First Name    Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

✓ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _Formly Ella Robinson Estate_____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

Business _____
     Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff # ___ :**

Individual: _____ _____ ( _____ ) _____ _____
      Last Name      First Name    Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

Business _____
     Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

In the _C_____ Court of _____ County, Mississippi

_____ Judicial District, City of _____

Docket No._____ - _____ - _____
　　　　　　File Yr　　Chronological No.　　Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of \_\_ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

Individual: _Panola County Court house Batesville MS_
　　　　　　Last Name　　　First Name　　　Maiden Name, If Applicable　　Middle Init.　Jr/Sr/III/IV

\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
　　　　　　Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**Attorney for this Defendant:** _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)\_\_ Not an Attorney(✓)\_\_

**Defendant #3:**

Individual: _Panola County Sheriff Department Batesville MS_
　　　　　　Last Name　　　First Name　　　Maiden Name, If Applicable　　Middle Init.　Jr/Sr/III/IV

\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
　　　　　　Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**Attorney for this Defendant:** _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)\_\_ Not an Attorney(✓)\_\_

**Defendant #4:**

Individual: _TVEPA Office Batesville MS._
　　　　　　Last Name　　　First Name　　　Maiden Name, If Applicable　　Middle Init.　Jr/Sr/III/IV

\_\_Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

\_\_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
　　　　　　Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

\_\_Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

**Attorney for this Defendant:** _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)\_\_ Not an Attorney(✓)\_\_

Continued on
Seperate Sheet

CV 2017-45 6CP2

February 9, 2017

I Willie Edward Joiner do hereby have a complaint against the Panola County Courthouse in Batesville Ms. The complaint is that the Panola County Courthouse staff interrupt/interrupted my quitclaim deed improperly because of this misunderstanding has caused pain and suffering upon my family and me. As well they have caused some major corporations to follow suit.

Panola County Courthouse caused my electric to be turned off, caused an imitate reaction of oneself not to have home insurance to protect my home and myself. The real property of interest in which I fairly gain through a tax sale which clearly reads "EXHIBIT – A – ATTACHED HERETO". Exhibit A is indeed Tract 1 which rest in the First Judicial District, and Tract/Exhibit "B" resting in the Second Judicial District in Panola County. It also states that Exhibit B holds 5.4 <u>ACC PTS1/2 of SE1/4 of SE1/4.</u> Now my understanding is that ACC means Access not Acres – Acres being cut down means AC. The 5.4 is written as being in permutation meaning "away to a great extent one of several possible variations in which a set or number of things can be ordered or arranged". The order does have its importance in being a permutation lock. So ½ x ¼ x ¼ = 32 divided by 640 township = 20 acres = 5.4.

There-fore because Panola County Courthouse gave wrong information to several companies/organizations for this purpose I am suing Panola County Courthouse for the amount in being $100,000,000 for violating my family and my Civil Rights in not allowing us access to our property, instead allowing the previous owners access.

X "Willie E. Joiner

Willie Edward Joiner

STATE OF MISSISSIPPI
COUNTY OF PANOLA
I, Melissa Meek-Phelps, Clerk of the Circuit Court of the state and
county aforesaid, hereby certify that the foregoing is a true
and correct copy of the original instrument now on file in
my office at Batesville, Mississippi
This the ____ day of ____March____, 20____
_____
Melissa Meek-Phelps, Circuit Clerk

FILED
FEB 23 2017
MELISSA MEEK-PHELPS
CIRCUIT CLERK

## FORM 1A. SUMMONS

### (Process Server)

IN THE _Circuit_ COURT OF _Panola_ COUNTY, MISSISSIPPI

A.B., Plaintiff(s) _Willie & Annie Joiner_

v.                                                     Civil Action, File No. _CV 2017-USGCP2_

CD., Defendant(s) _Lafayette County Circuit Court house_

### SUMMONS

THE STATE OF MISSISSIPPI
TO: (Insert the name and address of the person to be served)

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint
to _____, the attorney for the Plaintiff(s), whose post office address is _____ and
whose street address is_____. Your response must be mailed or delivered within (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within
a reasonable time afterward.

Issued under my hand and the seal of said Court, this _2_ day of _March_, ~~19~~ _2017_.

_Melissa M Phelps_

Clerk of _Panola_ County, Mississippi



MELISSA MEEK PHELPS
**CIRCUIT CLERK**
P.O. BOX 346
BATESVILLE, MS 38606

185

March 1, 2017

Pro Se address

Willie & Annie Joiner

107 MLK Jr Dr. Apt. 4-E
Batesville Ms. 38606
Phone # - (601) 240 - 7519

February 8, 2017

Corporations/Firms Involved in this Matter

1. TVEPA OFFICE

250 Power Drive Batesville Ms. 38606 or P.O Box 513 Batesville Ms. 38606

Phone number – 662.563.4742

Individual – Brad Robison, CEO President

2. Panola County Courthouse Batesville Ms.

151 Public Square Batesville Ms. 38606

Phone number – 662.563.6205 or 662.563.6200

Individual – James R. Pitcock – Chancery Clerk

3. Panola County Courthouse Sardis Ms.

691 Lee St. Sardis Ms. 38666

Phone number 662.563.6240 or 662.487.2080

Individual – Judge Wilson

4. Panola County Sheriff's Department

P.O. Box 273 Batesville Ms. 38606

Phone Number – 662.563.6230

Individual – Edward Dickson - Investigator

5. Mississippi Farm Bureau Casualty Insurance Company

2604 West Oxford Loop, Oxford Ms. 38655

Phone number – 662.234.6232

Individual – Michael Upton

6. Lafayette County Circuit Courthouse

1 Courthouse Square, Suite 101, Oxford Ms. 38655

Phone number – 662.234.4951

Individuals – Baretta Mosley – Circuit Clerk & Judge John Gregory

FILED

FEB 23 2017

MELISSA MEEK-PHELPS
CIRCUIT CLERK

**FORM 1A. SUMMONS**

**(Process Server)**

IN THE _Circuit_ COURT OF _Panola_ COUNTY, MISSISSIPPI

A.B., Plaintiff(s) _Willie & Annie Joiner_

v.                                   Civil Action, File No. _CV2017-45GCP2_

CD., Defendant(s) _Mississippi Farm Bureau Casualty Insurance Company_

**SUMMONS**

THE STATE OF MISSISSIPPI
TO: (Insert the name and address of the person to be served)

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        You are required to mail or hand deliver a copy of a written response to the Complaint to _____, the attorney for the Plaintiff(s), whose post office address is _____ and whose street address is_____.  Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

        You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

        Issued under my hand and the seal of said Court, this _2_ day of _March_, 19 _2017_.

Clerk of _Panola_ County, Mississippi
By: _Heather Gumbo_

MELISSA MEEK-PHELPS
**CIRCUIT CLERK**
P.O. BOX 346
BATESVILLE, MS 38606



185

March 1, 2017

Pro Se address

Willie & Annie Joiner

107 MLK Jr Dr. Apt. 4-E
Batesville Ms. 38606
Phone# (901) 240.7519

1

February 8, 2017

Corporations/Firms Involved in this Matter

1. <u>TVEPA OFFICE</u>

250 Power Drive Batesville Ms. 38606 or P.O Box 513 Batesville Ms. 38606

Phone number – 662.563.4742

Individual – Brad Robison, CEO President

2. <u>Panola County Courthouse Batesville Ms.</u>

151 Public Square Batesville Ms. 38606

Phone number – 662.563.6205 or 662.563.6200

Individual – James R. Pitcock – Chancery Clerk

3. <u>Panola County Courthouse Sardis Ms.</u>

691 ℮ Lee St. Sardis Ms. 38666

Phone number 662.563.6240 or 662.487.2080

Individual – Judge Wilson

4. <u>Panola County Sheriff's Department</u>

P.O. Box 273 Batesville Ms. 38606

Phone Number – 662.563.6230

Individual – Edward Dickson - Investigator

5. <u>Mississippi Farm Bureau Casualty Insurance Company</u>

2604 West Oxford Loop, Oxford Ms. 38655

Phone number – 662.234.6232

Individual – Michael Upton

6. <u>Lafayette County Circuit Courthouse</u>

1 Courthouse Square, Suite 101, Oxford Ms. 38655

Phone number – 662.234.4951

Individuals – Baretta Mosley – Circuit Clerk & Judge John Gregory

FILED
FEB 2 3 2017
MELISSA MEEK-PHELPS
CIRCUIT CLERK

**FORM 1A. SUMMONS**

**(Process Server)**

IN THE Circuit COURT OF Panola COUNTY, MISSISSIPPI

A.B., Plaintiff(s) Willie & Annie Joiner

v.                                  Civil Action, File No. CV2017-USGCP2

CD., Defendant(s) Panola County Sheriff's
Department

**SUMMONS**

THE STATE OF MISSISSIPPI
TO: (Insert the name and address of the person to be served)

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

     You are required to mail or hand deliver a copy of a written response to the Complaint
to _____, the attorney for the Plaintiff(s), whose post office address is _____ and
whose street address is _____. Your response must be mailed or delivered within (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

     You must also file the original of your response with the Clerk of this Court within
a reasonable time afterward.

Issued under my hand and the seal of said Court, this 2 day of March, 19 2017.

Clerk of Panola County, Mississippi

By Heather Sun, DC

MELISSA MEEK PHELPS
**CIRCUIT CLERK**
P.O. BOX 346
BATESVILLE, MS 38606



185

**FORM 1A. SUMMONS**

**(Process Server)**

IN THE ~~Circuit~~ COURT OF ~~Panola~~ COUNTY, MISSISSIPPI

A.B., Plaintiff(s) *Willie & Annie Joiner*

      v.    Civil Action, File No. *CV 2017-45 GC P2*

CD., Defendant(s) *Panola County Courthouse*
*Sardis MS.*

**SUMMONS**

THE STATE OF MISSISSIPPI
TO: (Insert the name and address of the person to be served)

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

  You are required to mail or hand deliver a copy of a written response to the Complaint to _____, the attorney for the Plaintiff(s), whose post office address is _____ and whose street address is _____. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

  You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

  Issued under my hand and the seal of said Court, this *2* day of *March*, 19 *2017*

        *Melissa Meek Phelps*

      Clerk of ~~Panola~~ County, Mississippi

      By: *Heather Tim*, D.C.

      MELISSA MEEK-PHELPS
      **CIRCUIT CLERK**
      P.O. BOX 346
      BATESVILLE, MS 38606



185

**FORM 1A. SUMMONS**

**(Process Server)**

IN THE Circuit COURT OF Panola COUNTY, MISSISSIPPI

A.B., Plaintiff(s) Willie & Annie Joiner

v.                    Civil Action, File No. CV 2017-45GCP2

CD., Defendant(s) Panola County Courthouse
Batesville MS.

**SUMMONS**

THE STATE OF MISSISSIPPI
TO: (Insert the name and address of the person to be served)

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint
to _____, the attorney for the Plaintiff(s), whose post office address is _____ and
whose street address is_____. Your response must be mailed or delivered within (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within
a reasonable time afterward.

Issued under my hand and the seal of said Court, this 2 day of March, 19 2017

_Willow Wiphelps_

Clerk of Panola County, Mississippi
By Heather Dunn, DC



MELISSA MEEK-PHELPS
**CIRCUIT CLERK**
P.O. BOX 346
BATESVILLE, MS 38606

185

**FORM 1A. SUMMONS**

**(Process Server)**

IN THE Circuit COURT OF Panola COUNTY, MISSISSIPPI

A.B., Plaintiff(s) Willie & Annie Joiner

v.

Civil Action, File No CV2017-45 GCP2

CD., Defendant(s) Tallahatchie Valley Eletric Power Association

**SUMMONS**

THE STATE OF MISSISSIPPI
TO: (Insert the name and address of the person to be served)

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to _____, the attorney for the Plaintiff(s), whose post office address is _____ and whose street address is _____. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 2 day of March , 19 2017 .

Clerk of Panola County, Mississippi

By: Heather Surner ve

MELISSA MEEK-PHELPS
**CIRCUIT CLERK**
P.O. BOX 346
BATESVILLE, MS 38606



185

IN THE CIRCUIT COURT OF PANOLA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

WILLIE JOINER and ANNIE JOINER                                    PLAINTIFFS

VS.                                                CAUSE NO.: CV2017-45GCP2

MISSISSIPPI FARM BUREAU CASUALTY                                  DEFENDANT
INSURANCE COMPANY

## ENTRY OF APPEARANCE

PLEASE TAKE NOTE THAT Goodloe T. Lewis of the law firm of Hickman, Goza &
Spragins, Oxford, Mississippi, will appear and defend the interests of Defendant, Mississippi
Farm Bureau Casualty Insurance Company (hereinafter "Farm Bureau").

Since there appears to be no relief sought against Farm Bureau in this case, Farm Bureau
will not file an Answer.

RESPECTFULLY SUBMITTED,

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile

BY: _____
GOODLOE T. LEWIS, MSB # 9889

FILED

MAR 09 2017

MELISSA MEEK-PHELPS
CIRCUIT CLERK

MAR 09 2017

## CERTIFICATE OF SERVICE

I, GOODLOE T. LEWIS, of Hickman, Goza & Spragins, PLLC, Attorneys at Law,

Oxford, Mississippi, do hereby certify that I have this date mailed by United States Mail, postage

prepaid, a true and correct copy of the above and foregoing to:

Willie Joiner
Annie Joiner
107 MLK Jr. Dr.; Apt. 4-E
Batesville, MS 38606

THIS, the ___7___ day of March, 2017.

GOODLOE T. LEWIS

CV 2017- 45 ECP₂

I Annie Joiner have send out copy of complaint and Summons to the Panola County Courthouse as of march 201

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Panola County Courthouse
151 public square
Batesville MS, 38606

9590 9402 2516 6306 6765 34

2. Article Number (Transfer from service label)

7016 2140 0000 9699 9241

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ashley Parrish      ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Ashley Parrish

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

willie & Annie Joiner
107 MLK Jr. Dr. Apt 11-E
Batesville MS, 38606

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
   Mail Restricted Delivery
   ($)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FILED
MAR 1 3 2017
MELISSA MEEK-PHELPS
CIRCUIT CLERK

CV 2017-45 GCP

I Annie Joiner have mailed out a copy of Complaints & Summon to the Court Administrator as of March 2017.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Court Administrator
Circuit Court
P.O Box 466, Okolona MS
38860-0466

9590 9402 2516 6306 6765 03

2. Article Number (Transfer from service label)

7016 2140 0000 9699 4536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Blankenship ☒ Agent ☐ Addressee

B. Received by (Printed Name) S. Blankenship

C. Date of Delivery 3/6/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
...Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

FILED
MAR 13 2017
MELISSA MEEK-PHELPS
CIRCUIT CLERK

CV 2017 - 45GCP₂

I Annie Joiner have mailed out a copy of an complaint & Summons to Tallachatchie Valley Eletric Power Association as of March 2017

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tallahatchie Valley Eletric
Power Association
P.O Box 513
Batesville MS. 38606

9590 9402 2516 6306 6764 97

2. 7016 0600 0000 0922 2902

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Fred McIntire_   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FILED

MAR 13 2017

MELISSA MEEK-PHELPS
CIRCUIT CLERK

CV2017 -4560P2

I Annie Joiner have mailed Panola County Sheriff's
Department copy's of Summon & complaint as of March 2017

---

**SENDER: COMPLETE THIS SECTION**

- ☑ Complete items 1, 2, and 3.
- ☑ Print your name and address on the reverse so that we can return the card to you.
- ☑ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Panola County Sheriff's
Department P.O. Box 273
Batesville MS. 38606

[barcode]

9590 9402 2516 6306 6765 41

2. Article Number (Transfer from service label)

7016 2140 0000 9699 9265

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Tony Ware ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

attie + Annie Joiner
109 Ank St. Dr. Apt. 4 E
Batesville MS. 38606

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

FILED

MAR 13 2017

MELISSA MEEK-PHELPS
CIRCUIT CLERK

March 31, 2017

We Willie & Annie Joiner are hereby suing the State of Mississippi which was/is in violation of our Human & Civil Rights. The such said Companies/Organizations/Firms that are involved are as follows:

Panola County Courthouse in Batesville Ms. A compensation of $100,000.

Mississippi Farm Bureau Casualty Insurance Company of Lafayette County Ms. A compensation of $400,000.

Lafayette County Circuit Courthouse of Oxford Ms. A compensation of $200,000.

Panola County Sheriff's Department of Batesville Ms. A compensation of $100,000.

Tallahatchie Valley Electric Power Association of Batesville Ms. A compensation of $200,000.

Totaling 1,000,000,000.

These compensations are for the cause of pain & suffering which was bestow upon our family, along with the violations of our Human & Civil Rights to the upmost degree.

X _Willie & Annie Joiner_

Willie & Annie Joiner

FILED

MAR 3 1 2017

MC... Circuit Clerk

1

IN THE CIRCUIT COURT OF DeSoto COUNTY, MISSISSIPPI

Willie & Annie Joiner PLAINTIFF(S)

V. CAUSE NO. CV2017-45GCP2

Lafayette County Circuit Courthouse DEFENDANT(S)

## ORDER SETTING CAUSE FOR HEARING

This cause is hereby set for hearing on the 10th day of April .

2017 ——— at 9:00' clock a.m. in the courtroom of the DeSoto County

2535 Highway 51 South , located in Hernando, Mississippi.

This subject matter of said hearing shall be: In violation of

Human & Civil Rights .

SO ODERED, ADJUDGED AND DECREED this the _____ day of

_____, 2017.

_____

CHANCELLOR

ESTMATED TIME REQUIRED:

_____

BY: _____

CIRCUIT COURT ADMINISTRATOR

(OR)

NAMES OF ATTORNEYS INVOLVED: _____

DEPUTY COURT ADMINISTRATOR

Ila Knnwn

_____

_____

FAX NUMBER FOR ATTORNEY OR
PARTY PRESENTING ORDER:

(___)-_____-_____

FILED

MAR 3 1 2017

MELISSA MEEK-PHELPS
CIRCUIT CLERK

IN THE CIRCUIT COURT OF _Desoto_ COUNTY, MISSISSIPPI

_Willie & Annie Joiner_      PLAINTIFF(S)

V.      CAUSE NO. _CV2017-45GCP2_

_Panola County Sheriff's Department_      DEFENDANT(S)

## ORDER SETTING CAUSE FOR HEARING

This cause is hereby set for hearing on the _10th_ day of _April_ .

2017 _——_ at 9:00' clock a.m. in the courtroom of the _Desoto_ County

_2535 Highway 51 South_ , located in _Hernando_ , Mississippi.

This subject matter of said hearing shall be: _In violation of_

_Human & Civil Rights_ .

     SO ODERED, ADJUDGED AND DECREED this the _____ day of

_____, 2017.

         _____

         CHANCELLOR

ESTMATED TIME REQUIRED:

_____

_±5_      BY: _____

         CIRCUIT COURT ADMINISTRATOR

         (OR)

NAMES OF ATTORNEYS INVOLVED: _____

         DEPUTY COURT ADMINISTRATOR

_Unknown_ _____

_____

_____

FAX NUMBER FOR ATTORNEY OR

PARTY PRESENTING ORDER:

( ___ ) - _____ - _____

FILED

MAR 3 1 2017

MELISSA MEEK-PHELPS
CIRCUIT CLERK

IN THE CIRCUIT COURT OF _De Soto_____ COUNTY, MISSISSIPPI

_Willie & Annie Joiner_ PLAINTIFF(S)

V. CAUSE NO. _CV2017-45G-CP2_

_Panola County Courthouse_ DEFENDANT(S)

## ORDER SETTING CAUSE FOR HEARING

This cause is hereby set for hearing on the _10th_ day of _April_ .

2017 _____ at 9:00' clock a.m. in the courtroom of the _DeSoto_ County

_2535 Highway 51 South_____, located in _Hernando_, Mississippi.

This subject matter of said hearing shall be: _In violation of Human_

_& Civil Rights_____ .

SO ODERED, ADJUDGED AND DECREED this the _____ day of

_____, 2017.

_____
CHANCELLOR

ESTMATED TIME REQUIRED:

_____

BY: _____
CIRCUIT COURT ADMINISTRATOR

(OR)

NAMES OF ATTORNEYS INVOLVED: _____
DEPUTY COURT ADMINISTRATOR

_Lin Knapon_____

_____

_____

FAX NUMBER FOR ATTORNEY OR
PARTY PRESENTING ORDER:
(___)-_____-_____

FILED

MAR 31 2017

MELISSA MEEK-PHELPS
CIRCUIT CLERK

IN THE CIRCUIT COURT OF _Desoto_____ COUNTY, MISSISSIPPI

_Willie & Annie Joiner_____ **PLAINTIFF(S)**

**V.** **CAUSE NO.** _CV2017-45GCP2_

_Mississippi Farm Bureau Casualty Insurance_ **DEFENDANT(S)**
_Company_

## ORDER SETTING CAUSE FOR HEARING

This cause is hereby set for hearing on the _10th_ day of _April_ .

2017 ___ at 9:00' clock a.m. in the courtroom of the _Desoto_ County

_2535 Highway 51 south_____, located in _Hernando_, Mississippi.

This subject matter of said hearing shall be: _In Violation of_

_Human & Civil Rights._____ .

SO ODERED, ADJUDGED AND DECREED this the _____ day of

_____, 2017.

_____
**CHANCELLOR**

ESTMATED TIME REQUIRED:

_____ **BY:** _____
**CIRCUIT COURT ADMINISTRATOR**

**(OR)**

NAMES OF ATTORNEYS INVOLVED: _____
**DEPUTY COURT ADMINISTRATOR**

_Hickman, Goza & Perqins, PLLC_
_Attorneys at Law_
_____

FAX NUMBER FOR ATTORNEY OR
PARTY PRESENTING ORDER:
_(662) - 234 - 2000_

FILED

MAR 3 1 2017

MELISSA MEEK-PHELPS
CIRCUIT CLERK

IN THE CIRCUIT COURT OF _DeSoto_ COUNTY, MISSISSIPPI

_Willie & Annie Joiner_ **PLAINTIFF(S)**

V. **CAUSE NO.** _CV2017-45GCP2_

_Tallahatchie Valley Electric Power Association_ **DEFENDANT(S)**

## ORDER SETTING CAUSE FOR HEARING

This cause is hereby set for hearing on the _10th_ day of _April_ .

2017 _____ at 9:00' clock a.m. in the courtroom of the _DeSoto_ County

_2535 Highway 51 South_ , located in _Hernando_ , Mississippi.

This subject matter of said hearing shall be: _In violation of_

_Human & Civil Rights._

SO ODERED, ADJUDGED AND DECREED this the _____ day of

_____, 2017.

_____
**CHANCELLOR**

**ESTMATED TIME REQUIRED:**

_____

BY: _____
**CIRCUIT COURT ADMINISTRATOR**

**(OR)**

**NAMES OF ATTORNEYS INVOLVED:** _____

**DEPUTY COURT ADMINISTRATOR**

_Unknown_

_____

_____

**FAX NUMBER FOR ATTORNEY OR
PARTY PRESENTING ORDER:**

(___) - _____ - _____

FILED

MAR 3 1 2017

MELISSA MEEK-PHELPS
CIRCUIT CLERK

*Rec'd 3-2-17*

## FORM 1A. SUMMONS

### (Process Server)

IN THE *Circuit* COURT OF *Panola* COUNTY, MISSISSIPPI

A.B., Plaintiff(s) *Willie & Annie Joiner*
                                                v.                              Civil Action, File No. *CV2017-45GCP2*
CD., Defendant(s) *Panola County Courthouse*
*Batesville MS.*
### SUMMONS

THE STATE OF MISSISSIPPI
TO: (Insert the name and address of the person to be served)
*(James R. Pitcock -151 Public Square Batesville MS, 38606)*

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint
to *Willie & Annie Joiner*, the attorney for the Plaintiff(s), whose post office address is _____ and
whose street address is *107 milk st.* Your response must be mailed or delivered within (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within
a reasonable time afterward.

Issued under my hand and the seal of said Court, this *2* day of *March*, ~~19~~ *2017*.

*Melissa Meek-Phelps*
Clerk of *Panola* County, Mississippi
*By: Heather Jurn, DC*

MELISSA MEEK-PHELPS
**CIRCUIT CLERK**
P.O. BOX 346
BATESVILLE, MS 38606

185