IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANNIE J. JOINER AND WILLIE E. JOINER  PLAINTIFF

V.  CIVIL ACTION NO.: 3:17CV061-MPM-JMV

PANOLA COUNTY COURTHOUSE BATESVILLE;
PANOLA COUNTY SHERIFF'S DEPARTMENT;
TVEPA BATESVILLE, MISSISSIPPI; AND
PANOLA COUNTY COURTHOUSE SARDIS  DEFENDANTS

## JOINDER TO NOTICE OF REMOVAL

COMES NOW Mississippi Farm Bureau Casualty Insurance Company, a non-party to this matter that was nonetheless purportedly served with a copy of the Summons and State-Court Complaint, and while denying that it is named as a party in the State-Court Complaint and denying that the State-Court Complaint requests any relief against it, hereby joins in and consents to the Notice of Removal of the civil action styled by the Clerk of the Panola County Circuit Court as *"Annie J. Joiner and Willie E. Joiner v. Panola County Courthouse Batesville, Panola County Sheriff's Department, TVEPA Batesville, Mississippi and Panola County Courthouse Sardis,"* Cause No.: CV2017-45GCP2, from the Circuit Court of Panola County, Second Judicial District to the United States District Court for the Northern District of Mississippi, Oxford Division, filed in this cause by defendant Panola County, Mississippi for an on behalf of the "Panola County" entities named as "Panola County Courthouse Batesville, Panola County Sheriff's Department and Panola County Courthouse Sardis" without waiving any defenses which may be available to it.

D0738932.1



EXHIBIT
1-2

Respectfully submitted,

MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY

BY: _____
OF COUNSEL

GOODLOE T. LEWIS, ESQ. - MSB#9889
HICKMAN GOZA & SPRAGINS, PLLC
ATTORNEYS AT LAW
POST OFFICE DRAWER 668
OXFORD, MISSISSIPPI 38655-0668
TELEPHONE: 662.234.4000
FACSIMILE: 662.234.2000

## CERTIFICATE OF SERVICE

I, Goodloe T. Lewis, do hereby certify that this Joinder to Notice of Removal will be attached to the Notice of Removal as an Exhibit and that counsel filing the Notice of Removal will serve the Notice of Removal on the following by U.S. Mail:

> Willie Joiner, *pro se* plaintiff, by mailing to his address identified in the State Court Complaint, 107 MLK Jr. Dr., Apt. 4-E, Batesville, MS 38606;
>
> Annie Joiner, *pro se* plaintiff, by mailing to her address identified in the State Court Complaint, 107 MLK Jr. Dr., Apt. 4-E, Batesville, MS 38606; and
>
> Melissa Meek-Phelps, Circuit Clerk of Panola County, Second Judicial District, by mailing to her usual business address in Batesville, MS;

This the __3__ day of __April__, 2017.

_____
GOODLOE T. LEWIS, ESQ.