IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANNIE J. JOINER
and WILLIE E. JOINER                                                                             PLAINTIFFS

VS.                                                              CIVIL ACTION NO. 3:17CV61-MPM-RP

PANOLA COUNTY COURTHOUSE et al                                                           DEFENDANTS

## JUDGMENT

For the reasons given in this court's order entered this date, it is hereby ordered and adjudged that this case is dismissed without prejudice for failure to prosecute.

So ordered, this, the 20th day of February, 2018.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI